UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15 CR 148 |
| | ) | |
| BRADLEY FASTABEND | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated February 26, 2019 (DE # 91), to which the parties have waived any objections (*id*. at 3), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of his supervised release described in the July 17, 2017, Petition (DE # 47). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve an additional term of imprisonment of seven months. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: February 28, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT